UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-CR-10141-DPW |
| | ) | |
| JUAN ANIBAL PATRONE | ) | |
| | ) | |

MOTION TO WITHDRAW

Undersigned counsel moves to withdraw as counsel for the defendant in the above-captioned matter.   As grounds for this motion counsel states that there has been an irretrievable breakdown in the attorney/client relationship.

               Respectfully submitted,
               */s/ Oscar Cruz*
               Oscar Cruz, Jr.
                 B.B.O. #630813
               Federal Defender Office
               51 Sleeper Street, 5th Floor
               Boston, MA   02210
               Tel: 617-223-8061

January 25, 2018

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2018.

                */s/ Oscar Cruz*
               Oscar Cruz, Jr.