UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>Juan Anibal PATRONE,<br><br>*Defendant.* | 1:17-cr-10141-DPW |

## JUAN ANIBAL PATRONE'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. App. P. 3, Defendant Juan Anibal Patrone appeals the May 6, 2019 judgment (including his sentence) in the above-captioned matter to the U.S. Court of Appeals for the First Circuit.

Respectfully submitted,

Date: May 14, 2019
/s/ Leonard E. Milligan III
Leonard E. Milligan III #668836
Milligan Rona Duran & King LLC
50 Congress Street, Suite 600
Boston, MA 02109
lem@mrdklaw.com
Tel. (617) 395-9570 x101
Fax (855) 395-5525

*Counsel for Defendant Juan Anibal Patrone*

## CERTIFICATE OF SERVICE

I, Leonard E. Milligan III, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Date: May 14, 2019
/s/ Leonard E. Milligan III
Leonard E. Milligan III